# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Tongwei Solar Hefei Co. Ltd.,** ) | | |
| An Anhui, China Corporation, ) | | |
| ) | | |
| Plaintiff ) | | |
| v. ) | C.A. No._____ | |
| ) | | |
| **Solaria Corp.,** ) | | |
| A Delaware Corporation, ) | **JURY TRIAL DEMANDED** | |
| ) | | |
| Defendant ) | | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Tongwei Solar Hefei Co. Ltd., Inc. ("Tongwei Solar") states that it is a subsidiary of Tongwei Co., Ltd., and that no publicly held corporation owns 10% or more of its stock.

Dated: July 19, 2021

OF COUNSEL:

Vincent Filardo, Jr.
Charles Wizenfeld
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
vincent.filardo@us.kwm.com
charles.wizenfeld@us.kwm.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff*
*Tongwei Solar Hefei Co. Ltd., Inc.*