# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TONGWEI SOLAR HEFEI CO. LTD., <br> An Anhui, China Corporation, <br><br> Plaintiff <br> v. <br><br> SOLARIA CORP., <br> A Delaware Corporation, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 1:21-cv-01047-UNA <br><br><br> JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Vincent Filardo, Jr. and Charles Wizenfeld of King & Wood Mallesons LLP to represent the Plaintiff, Tongwei Solar Hefei Co. Ltd. ("Tongwei Solar"), in the above-referenced matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

Dated: July 21, 2021

OF COUNSEL:

Vincent Filardo, Jr.
Charles Wizenfeld
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
vincent.filardo@us.kwm.com
charles.wizenfeld@us.kwm.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Ronald P. Golden, III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Plaintiff*
***Tongwei Solar Hefei Co. Ltd., Inc.***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TONGWEI SOLAR HEFEI CO. LTD., <br> An Anhui, China Corporation, <br><br> Plaintiff <br> v. <br><br> SOLARIA CORP., <br> A Delaware Corporation, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br> C.A. No. 1:21-cv-01047-UNA <br><br><br> JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of July 2021, that the foregoing application of Vincent Filardo, Jr. and Charles Wizenfeld for admission to practice in this action *pro hac vice* is GRANTED.

_____
Judge

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: July 20, 2021

*/s/ Vincent Filardo, Jr.*
Vincent Filardo, Jr.
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
vincent.filardo@us.kwm.com

*Attorney for Plaintiff*
*Tongwei Solar Hefei Co. Ltd., Inc.*

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

Dated: July 20, 2021

*/s/ Charles Wizenfeld*
Charles Wizenfeld
King & Wood Mallesons LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
charles.wizenfeld@us.kwm.com

*Attorney for Plaintiff*
*Tongwei Solar Hefei Co. Ltd., Inc.*